IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNEESEE
EASTERN DIVISION

| | |
|---|---|
| **GEORGE E. THORNTON,** | |
| Plaintiff, | **CIVIL ACTION** |
| v. | No. 1:11-cv-01338-JDB-egb |
| **UNION INSURANCE COMPANY** | |
| Defendant. | |

## NOTICE OF SERVICE OF DISCOVERY TO PLAINTIFF

Defendant, Union Insurance Company, by and through undersigned counsel and pursuant to Local Rule 26, hereby gives notice that it has this day served Plaintiff, George Thornton, with its First Set of Interrogatories, First Set of Requests for Production of Documents and First Set of Requests for Admissions.

This, the 10th day of May, 2012.

Respectfully Submitted,

s/ H. Case Embry
JAY M. ATKINS, # 100513
H. CASE EMBRY,  # 102311
Leitner, Williams, Dooley & Napolitan, PLLC
317 Heritage Drive, Suite 3
Oxford, MS 38655
(662) 236-7705
(662) 236-7706 (fax)
*Attorneys for Defendant Union Insurance Company*
jay.atkins@leitnerfirm.com
case.embry@leitnerfirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 10th day of May, 2012, a copy of the foregoing electronically filed instrument was served on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

    Eric W. Smith, Esq.
    Bradley Arant Boult Cummings LLP
    1600 Division Street, Suite 700
    P.O. Box 340025
    Nashville, Tennessee 37203
    Attorney for Plaintiff

                                                      s/ H. Case Embry
                                                      H. Case Embry