UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| GEORGE E. THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:11-cv-01338-JDB-egb |
| | ) |
| UNION INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, George E. Thornton, and the Defendant, Union Insurance Company, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice.

DATED:  October 3, 2012.

Respectfully submitted,

/s/  Eric W. Smith
Eric W. Smith (No. 21694)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee  37203
(615) 252-2381

*Attorneys for Plaintiff, George E. Thornton*

/s/  Jay M. Atkins
Jay M. Atkins (No. 21371)
LEITNER, WILLIAMS, DOOLEY & NAPOLITAN
317 Heritage Drive, Suite 3
Oxford, Mississippi  38655
(662) 236-7705

*Attorneys for Defendant, Union Insurance Company*