# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

### JUDGMENT IN A CIVIL CASE

**GEORGE E. THORNTON,**

Plaintiff,

                                                    CASE NUMBER: 1:11-cv-1338-JDB-egb

v.

**UNION INSURANCE COMPANY,**

Defendant,

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that in accordance with the Stipulation entered in the above-styled matter on 10/3/2012, this case is hereby dismissed with prejudice.

**APPROVED:**

                                                    <u>**s/J. Daniel Breen**</u>
                                                    **United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**